**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | (Removed from the Circuit Court of |
| ) | Cook County, Chancery Division, |
| THE GODDESS AND THE BAKER, LLC; and ) | Case No. 2023 CH 04460) |
| GODDESS AND THE BAKER MADISON, LLC ) | |
| ) | JURY DEMANDED |
| Defendants. ) | |

## NOTICE OF REMOVAL

NOW COME Defendants, THE GODDESS AND THE BAKER, LLC, and GODDESS AND THE BAKER MADISON, LLC, by and through its attorneys, Steven B. Borkan, Emily E. Schnidt, and Hilary L. Jabs of BORKAN & SCAHILL, LTD., and pursuant to 28 U.S.C. §§ 1441 and 1446 moves to remove Case No. 2023 CH 04460 from the Circuit Court Cook County, Illinois, Chancery Division to the United States District Court for the Northern District of Illinois.

In support of this Notice, the Defendants state the following:

1. **JURISDICTION.** This Court has original jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 in that the instant Complaint purports to assert a civil action pursuant to the Americans with Disabilities Act of 1990, which is codified in 42 U.S.C. § 12181, *et seq.* and 20 C.F.R. § 36.101, *et seq.*

2. **STATEMENT OF FACTS.** This action was filed on May 5, 2023, in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 2023 CH 04460, alleging claims under, generally, 42 U.S.C. § 12181, *et seq.* (the "Americans with Disabilities Act of 1990"), the Illinois Human Rights Act ("IHRA"), the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), and common law negligence, stemming from an incident that allegedly occurred on September 27, 2022,

relating to Plaintiff's alleged carrot allergy. Plaintiff claims, *inter alia*, that her carrot allergy constitutes a disability and that Defendants discriminated against Plaintiff based on her carrot allergy, that Defendants engaged in a deceptive or unfair practice, causing Plaintiff's injuries, and Defendants were otherwise negligent. A copy of the Complaint filed in the Circuit Court of the First Municipal District, Cook County, Illinois is attached hereto as Exhibit A.

3. Defendants were served with summons and the Complaint on May 22, 2023 through its registered service agent. A copy of the summonses are attached hereto as group Exhibit B.

4. **BASIS FOR REMOVAL.** This Notice for Removal is timely made under 28 U.S.C. § 1446(b). Not more than 30 days have passed since service of the Complaint on the Defendants, which first enabled Defendants to ascertain that this case was removable.

5. Plaintiff seeks liability against Defendants based on a claim or right arising under the Constitution or laws of the United States, granting this Court original jurisdiction over Plaintiff's federal claim. Accordingly, removal of this civil action is allowed under 28 U.S.C. § 1441(b). This action is removable without regard to the citizenship or residence of the parties.

6. Specifically, Plaintiff's Complaint seeks liability under 42 U.S.C. § 12181, *et seq.* and is removable to the United States District Court for the Northern District of Illinois. The action is within the subject matter jurisdiction of this Court, and this Court is an appropriate forum in which to litigate claims based on alleged federal statutory violations.

WHEREFORE, Defendants file this Notice of Removal of the above-captioned litigation from the Circuit Court of Cook County, Illinois, Chancery Division to the United States District Court for the Northern District of Illinois.

                                                                              Respectfully submitted,

                                                                              BORKAN & SCAHILL, LTD.

                                                                              s/Emily E. Schnidt
                                                                              Emily E. Schnidt

*Counsel for Defendants*

Steven B. Borkan
Emily E. Schnidt
Hilary L. Jabs
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

    I, EMILY E. SCHNIDT, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for Defendants, The Goddess and The Baker, LLC, and Goddess and The Baker Madison, LLC, and the same is true and correct to the best of my knowledge and belief.

_____
EMILY E. SCHNIDT

SUBSCRIBED and SWORN to before me

on this 13th day of June, 2023.

_____
NOTARY PUBLIC

Official Seal
Elena Favela
Notary Public State of Illinois
My Commission Expires 02/01/2025

4